N. Charles Kent, Appellant, v. Town of Patterson, Respondent.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.

Eliza A. Bouyon, Respondent, v. James Donlen, etc., and Others, Defendants, Impleaded with Walter L. Smith and Louise L. Gormly, Appellants.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Anna J. Griffith, as Administratrix, etc., of William Richard Griffith, Deceased, Respondent, v. Victor William Cupples, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Willson & Adams Company, Plaintiff, v. Mack Paving and Construction Company and Massachusetts Bonding and Insurance Company, Respondents.   Thomas F. Moore, Appellant.— Judgment affirmed, with costs, on the authority of *Willson & Adams Co.* v. *Mack Paving & C. Co.* (147 App. Div. 141).   Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.